**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**ARTHUR E. BURNEY, JR.**, *Beneficiary*                                    **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 1:23-cv-283-TBM-RPM**

**ALLEN AUTOMOTIVE, INC.** *et al.*                                    **DEFENDANTS**

## **FINAL JUDGMENT**

> For the reasons stated in the Memorandum Opinion and Order entered this same day, this CASE is CLOSED.

> This, the 26th day of September, 2024.

**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**